UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES CHEMICAL SAFETY<br>AND HAZARD INVESTIGATION<br>BOARD<br><br>  Defendant. | Civil Action No. 17-2608 APM |

**THE BOARD'S RESPONSE TO PLAINTIFFS'
MOTION TO TAKE JUDICIAL NOTICE**

On May 29, 2018, Plaintiffs moved the Court to take judicial notice of several documents. ECF 14. The United States Chemical Safety and Hazard Investigation Board ("the Board") does not concede that Plaintiffs have met the standard for judicial notice with respect to all the documents. In the context of this particular case, however, where review is not limited to an administrative record, the Board does not oppose the motion, and has no objection to the Court's consideration of the documents submitted by Plaintiffs.

    Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ *Eileen T. McDonough*
Eileen T. McDonough
Environmental Defense Section
Environment & Natural Resources
  Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3126

Of Counsel:
Kara Wenzel

Office of General Counsel
United States Chemical Safety and Hazard Investigation Board