UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 17-2608 APM <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiffs in this matter have asserted a claim against Defendant under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d). The parties have negotiated the attached proposed Consent Decree, which will resolve all claims for costs of litigation, attorneys fees' and expenses, and any other costs incurred in the litigation of this matter up to and including the date the proposed Consent Decree is entered by the Court. The parties jointly request that the Court sign the proposed Consent Decree and enter it on the Court's docket so that the Court and the parties can avoid litigation over Plaintiffs' EAJA claim.

Respectfully submitted,

/s/ *Paula Dinersteen*
Paula Dinerstein
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
202-265-7337
pdinerstein@peer.org

/s/ *Eileen T. McDonough*
Eileen T. McDonough
Environmental Defense Section
Environment & Natural Resources
   Division

- 2 -

United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3126