UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-2608 APM |
| ) | |
| UNITED STATES CHEMICAL SAFETY ) | |
| AND HAZARD INVESTIGATION ) | |
| BOARD ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT DECREE**

1.     Air Alliance Houston, Louisiana Bucket Brigade, Public Employees for

Environmental Responsibility, United Support and Memorial for Workplace Fatalities and Dr.

Neil Carman (jointly referred to as "Plaintiffs") enter into this Consent Decree with Defendant

United States Chemical Safety and Hazard Investigation Board ("Board") to resolve all claims

by Plaintiffs for costs of litigation, attorneys' fees and expenses, and any other costs incurred in

the litigation of this matter up to and including the date this Consent Decree is entered by the

Court ("Cost Claim") without further litigation and without any admission of fact or law.

2.     The Board agrees to pay $22,500 to Plaintiffs by electronic funds transfer

pursuant to instructions to be provided by Plaintiffs' counsel.  Payment shall be made as soon as

reasonably practicable.  In the event payment is not made within 90 days, the Board will file

notice with the Court explaining why this has occurred and why additional time is needed.

Plaintiffs shall cooperate with Defendant to ensure that all documentation required by the

government to process the payment is complete.  Plaintiffs are solely responsible for compliance

with all federal, state, and local tax filing requirements and other obligations arising from the

aforementioned payment.

3.      Any obligation of the Board to obligate or expend funds under this Consent

Decree is subject to the availability of appropriated funds in accordance with the Anti-Deficiency

Act, 31 U.S.C. §§ 1341-44 and 1511-19.  No provision of this Consent Decree shall constitute or

be construed as a commitment or requirement that the Board obligate or pay funds in

contravention of said Anti-Deficiency Act or any other applicable provision of law.

4.      Plaintiffs agree to accept this payment as a full and final resolution of their Cost

Claim (as defined in Paragraph 1, above) and agree to release the Board from any further liability

regarding the Cost Claim upon receipt of this payment.

5.      The undersigned representatives of each party certify that they are fully

authorized by the party or parties they represent to enter into this Consent Decree.

SO ORDERED:

DATED:  _____          _____
                                       HON. AMIT P. MEHTA
                                       UNITED STATES DISTRICT JUDGE

 SO AGREED:

DATED: September 24, 2019              /s/ *Paula Dinersteen*
                                       Paula Dinerstein
                                       Public Employees for Environmental
                                       Responsibility (PEER)
                                       962 Wayne Ave., Suite 610
                                       Silver Spring, MD 20910
                                       202-265-7337
                                       pdinerstein@peer.org

DATED:  September 24, 2019             /s/ *Eileen T. McDonough*
                                       Eileen T. McDonough
                                       Environmental Defense Section
                                       Environment & Natural Resources   Division
                                       United States Department of Justice
                                       P.O. Box 7611
                                       Washington, D.C. 20044
                                        (202) 514-3126
                                       Eileen.mcdonough@usdoj.gov