UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AIR ALLIANCE HOUSTON, et al.,            )
                                          )
    Plaintiffs,                           )
                                          )   Civil Action No. 17-2608 APM
        v.                                )
                                          )
UNITED STATES CHEMICAL SAFETY             )
AND HAZARD INVESTIGATION BOARD,           )
                                          )
    Defendant.                            )
                                          )

## ORDER

Upon consideration of the joint motion to enter the proposed Consent Decree filed by the parties, it is hereby ordered that the motion is granted. The Court will sign the proposed Consent Decree and it will be entered on the docket as an order by this Court.

DATED: September 25, 2019

Hon. Amit P. Mehta
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CHEMICAL SAFETY<br>AND HAZARD INVESTIGATION<br>BOARD<br><br>    Defendant. | Civil Action No. 17-2608 APM |

## CONSENT DECREE

1. Air Alliance Houston, Louisiana Bucket Brigade, Public Employees for Environmental Responsibility, United Support and Memorial for Workplace Fatalities and Dr. Neil Carman (jointly referred to as "Plaintiffs") enter into this Consent Decree with Defendant United States Chemical Safety and Hazard Investigation Board ("Board") to resolve all claims by Plaintiffs for costs of litigation, attorneys' fees and expenses, and any other costs incurred in the litigation of this matter up to and including the date this Consent Decree is entered by the Court ("Cost Claim") without further litigation and without any admission of fact or law.

2. The Board agrees to pay $22,500 to Plaintiffs by electronic funds transfer pursuant to instructions to be provided by Plaintiffs' counsel. Payment shall be made as soon as reasonably practicable. In the event payment is not made within 90 days, the Board will file notice with the Court explaining why this has occurred and why additional time is needed. Plaintiffs shall cooperate with Defendant to ensure that all documentation required by the government to process the payment is complete. Plaintiffs are solely responsible for compliance with all federal, state, and local tax filing requirements and other obligations arising from the aforementioned payment.

3. Any obligation of the Board to obligate or expend funds under this Consent Decree is subject to the availability of appropriated funds in accordance with the Anti-Deficiency Act, 31 U.S.C. §§ 1341-44 and 1511-19. No provision of this Consent Decree shall constitute or be construed as a commitment or requirement that the Board obligate or pay funds in contravention of said Anti-Deficiency Act or any other applicable provision of law.

4. Plaintiffs agree to accept this payment as a full and final resolution of their Cost Claim (as defined in Paragraph 1, above) and agree to release the Board from any further liability regarding the Cost Claim upon receipt of this payment.

5. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to enter into this Consent Decree.

SO ORDERED:

DATED: September 25, 2019

HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

SO AGREED:

DATED: September 24, 2019

/s/ Paula Dinersteen
Paula Dinerstein
Public Employees for Environmental Responsibility (PEER)
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
202-265-7337
pdinerstein@peer.org

DATED: September 24, 2019

/s/ Eileen T. McDonough
Eileen T. McDonough
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3126
Eileen.mcdonough@usdoj.gov